LANCE J. HENDRON, ESQ.
Nevada Bar No. 11151
**HENDRON LAW GROUP LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 710-5555 ♦ Facsimile: (702) 387-0034
E-mail: lance@ghlawnv.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT
# CLARK COUNTY, NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | CASE No.: 2:18-cr-00300-JAD-VCF |
| Plaintiff, | |
| vs. | **ORDER** |
| | ECF No. 93 |
| **HERIBERTO MORAN** | |
| Defendant. | |

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the sentencing hearing currently set for June 28, 2021, us vacated and continued to September 20, 2021, at 11:00 a.m.

DATED this 22nd day of June, 2021.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES JUDGE