LANCE J. HENDRON, ESQ.
Nevada Bar No. 11151
**HENDRON LAW GROUP LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 710-5555 ♦ Facsimile: (702) 387-0034
E-mail: lance@ghlawnv.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT
# CLARK COUNTY, NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HERIBERTO MORAN<br><br>Defendant. | CASE No.: 2:18-cr-00300-JAD-VCF<br><br>**ORDER**<br><br>ECF No. 103 |

Based on the stipulation of counsel, the Court finds that good cause exists to continue Defendant MORAN's Sentencing currently set for September 20, 2021, to December 13, 2021, at 3:00 p.m.

DATED this 16th day of September, 2021.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES JUDGE