LANCE J. HENDRON, ESQ.
Nevada Bar No. 11151
**HENDRON LAW GROUP LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 710-5555 ♦ Facsimile: (702) 718-5555
E-mail: lance@hlg.vegas
Attorney for Defendant

## UNITED STATES DISTRICT COURT
## CLARK COUNTY, NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | CASE No.: 2:18-cr-00300-JAD-VCF |
| Plaintiff, | |
| vs. | **ORDER** |
| **HERIBERTO MORAN** | ECF No. 118 |
| Defendant. | |

Based on the stipulation of counsel, the Court finds that good cause exists to continue Defendant MORAN's Sentencing currently set for February 28, 2021, to April 4, 2022, at 10:00 a.m.

DATED this 22nd day of February, 2022.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES JUDGE