LANCE J. HENDRON, ESQ.
Nevada Bar No. 11151
**HENDRON LAW GROUP LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 710-5555 ♦ Facsimile: (702) 718-5555
E-mail: lance@hlg.vegas
Attorney for Defendant

# UNITED STATES DISTRICT COURT
# CLARK COUNTY, NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **ERIC MORAN** <br><br> Defendant. | CASE No.: 2:18-cr-00300-JAD-VCF <br><br> **ORDER** <br><br> ECF No. 121 |

Based on the stipulation of counsel, the Court finds that good cause exists to extend Defendant Eric Moran's Sentencing Memorandum currently due on March 28, 2022 to March 30, 2022 and any Response by the government to Mr. Moran's Sentencing Memorandum be filed by April 1, 2022.

DATED this 29th day of March, 2022.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES JUDGE